REISSUED FOR PUBLICATION
JUN 7 2021
OSM
U.S. COURT OF FEDERAL CLAIMS

# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
Filed: May 24, 2021

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * | * | |
| JOHN NEWSOME, | * | No. 19-1606V |
| | * | |
| Petitioner, | * | Special Master Sanders |
| | * | |
| v. | * | |
| | * | Notice of Voluntary Dismissal; Vaccine Rule 21(a); |
| SECRETARY OF HEALTH | * | No Judgment; Order Concluding Proceedings |
| AND HUMAN SERVICES, | * | |
| | * | |
| Respondent. | * | |
| * * * * * * * * * * * * * * * | * | |

## ORDER CONCLUDING PROCEEDINGS[1]

On May 14, 2021, Petitioner filed a notice of voluntary dismissal pursuant to Vaccine Rule 21(a)(1)(A). ECF No. 26.

Accordingly, pursuant to Vaccine Rule 21(a) the above-captioned case is hereby **dismissed without prejudice**. The Clerk of Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

s/Herbrina D. Sanders
Herbrina D. Sanders
Special Master

---

[1] This Decision shall be posted on the website of the United States Court of Federal Claims, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2012)). **This means the Decision will be available to anyone with access to the Internet**. As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b).